# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0012. ELANA COOPER v. PPF AMLI OAK VALLEY ROAD LLC d/b/a AMLI LENOX.**

In this dispossessory proceeding, the state court entered a final judgment awarding the plaintiff $31,455.49 plus interest and other costs, following the prior grant of a writ of possession to the plaintiff. Defendant Elana Cooper then filed a timely application for discretionary review in the Supreme Court of Georgia, which transferred the matter to this Court. *Cooper v. PPF AMLI Oak Valley Road*, Case No. S24D1230 (July 11, 2024). No discretionary application is required, however, as a final judgment is directly appealable under OCGA § 5-6-34 (a) (1), and this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35 (a).

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Cooper shall have ten days from the date of this order to file a notice of appeal in the state court. See OCGA § 5-6-35 (g). If Cooper has already filed a notice of appeal in the state court, then she need not file a second

notice. The clerk of the state court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  08/13/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*